UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., et al., | ) ) ) |
| Debtors, | ) ) |
| v. | ) ) No. 4:17CV1229 HEA |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., et al., | ) ) ) ) |
| Defendants. | |

ORDER

**IT IS HEREBY ORDERED** that the status conference in this matter is set for Thursday, June 15, 2017, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 17th day of May, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE