UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., | ) ) ) ) | BK. Case No. 16-47428 |
| Debtor. | ) ) ) | |
| ERVIN WALKER, et. al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:17-cv-01229-HEA |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., et. al. | ) ) ) ) | |
| Defendants. | ) ) | |

**<u>JOINDER WITH STATUS REPORT</u>**

COME NOW John P. Vaclavek, Chapter 11 trustee for Directory Distributing Associates, Inc., by undersigned counsel, and states that Ervin Walker, pro se plaintiff, has given his permission for the Chapter 11 Trustee to state that Mr. Walker joins in the Joint Status Report dated June 14, 2017 filed at dkt. # 27.

6577137.1

Dated:  June 14, 2017

THOMPSON COBURN LLP

By: ____/s/ David A. Warfield_____
    David A. Warfield, MO # 34288
    dwarfield@thompsoncoburn.com
    One US Bank Plaza
    St. Louis, MO 63101
    (314) 552-6000
    Fax (314) 552-7000

Counsel for Defendant, John P. Vaclavek, Chapter 11 Trustee for Directory Distributing Associates, Inc

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 14, 2017 the foregoing was served electronically on the following by the Court's ECF Notice system on the following:

U.S. BANKRUPTCY COURT    CAMailbox@moeb.uscourts.gov

Bonnie L. Clair    blcattymo@summerscomptonwells.com

Brian E. McGovern    bmcgovern@mlklaw.com, tchamberlain@mlklaw.com

Cynthia Thomson Diggs    cdiggs@holmesdiggs.com

David A. Warfield    dwarfield@thompsoncoburn.com

David L. Going    dgoing@armstrongteasdale.com

Janie L. Jordan    jjordan@mithofflaw.com

Johnie Patterson    jjp@walkerandpatterson.com

Judith Sadler    jsadler@holmesdiggs.com

Julie A. Totten    jatotten@orrick.com

Katherine G. Treistman    ktreistman@orrick.com

L. Don Luttrell    uhdluttrell@aol.com

Marc A. Levinson    Malevinson@orrick.com

Richard W. Mithoff    rmithoff@mithofflaw.com

Russell S. Post    rpost@beckredden.com

Zack A. Clement    zack.clement@icloud.com

In addition, on June 14, 2017, a copy of the foregoing was served on Ervin Walker, pro se, at wlkervn@aol.com.

       /s/ David A. Warfield
       David A. Warfield